## Commonwealth *v.* Beighley, Appellant.

Argued November 11, 1969. *Michael J. Wherry,* for appellant; *Robert F. Banks,* Assistant District Attorney, with him *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ferguson, Appellant.

Argued November 10, 1969. *Paul R. Jenkins,* with him *Campbell, Thomas & Burke,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.